U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2021 SEP 22 P 4: 39

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:21-cr- 148 -JDL |
| ) | |
| DEBORAH L. MOORE ) | |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Social Security Supplemental Security Income benefit Fraud - Concealment)

Between about July 15, 2005 and continuing until about April 1, 2019, in the District of Maine, the defendant,

**DEBORAH L. MOORE**

in a matter within the jurisdiction of the Social Security Administration, having knowledge of the occurrence of events affecting her initial and continued right to receive payment of Social Security Supplemental Security Income payments, concealed and failed to disclose such events with the intent to fraudulently secure payment in a greater amount or quantity than was due or when no payment was authorized. Specifically, the defendant intentionally concealed her husband's presence in her household and material support she received from him, which rendered her ineligible for the Supplemental Security Income benefit payments she received.

Thus, the defendant violated Title 42, United States Code, Section 1383a(a)(3).

## COUNT TWO
### (Theft of Government Money)

Between about October 1, 2016, and April 1, 2019, in the District of Maine, the defendant,

**DEBORAH L. MOORE**

knowingly and willfully embezzled, stole, purloined, converted to her use, received and retained with the intent to convert knowing it to have been embezzled, stolen, purloined, and converted, money or things of value belonging to the United States and any department and agency thereof, namely Supplemental Security Income benefit payments, of a value exceeding $1,000. Specifically, the defendant concealed the presence of her husband in her household, which would have rendered her ineligible for the payments she received.

Thus, the defendant violated Title 18, United States Code, Section 641.

A TRUE BILL

Unredacted Document Available at the Clerk's Office

Foreperson

Assistant United States Attorney

Date: 9/22/2021