2:21-cr-148-JDL

**SYNOPSIS – INDICTMENT**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2021 SEP 22 P 4: 39

_____
DEPUTY CLERK

| Name: | Deborah L. Moore |
|---|---|
| Address: (City & State Only) | Waldoboro, Maine |
| Year of Birth and Age: | 1953 (68 years old) |
| Violations: | Count 1: Social Security Fraud (Concealment) 42 U.S.C. 1383a(a)(3). <br><br> Count 2: Theft of Public Money 18 U.S.C. § 641 |
| Penalties: | Count 1: Class D felony. Not more than 5 years imprisonment, and/or not more than a $250,000 fine. 42 U.S.C. § 408(a)(9) <br><br> Count 2: Class C Felony. Not more than 10 years imprisonment and/or not more than a $250,000 fine. 18 U.S.C. § 641 |
| Supervised Release: | Counts 1–2: Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| Maximum Term of Imprisonment for Violation of Supervised Release: | Counts 1–2: Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| Maximum Additional Term of Supervised Release for Violation of Supervised Release: | Counts 1–2: Not more than 3 years, less the term of imprisonment imposed for revocation. 18 U.S.C. § 3583(h). |
| Defendant's Attorney: | Daphne Donahue |
| Primary Investigative Agency and Case Agent Name: | Social Security Administration – OIG |
| Detention Status: | Not detained |
| Foreign National: | No |
| Foreign Consular Notification Provided: | No |

| **County:** | Lincoln |
| --- | --- |
| **AUSA:** | Jeanne D. Semivan |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes – Agency Victim |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count. |